JAFFE, ROSS & LIGHT LLP
880 Third Avenue
New York, NY 10022
Telephone No. (212) 751-1700
Facsimile No. (212) 751-2235

*Counsel for Creditor Samson Mini-Storage LLC.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                               Chapter 13

Richard M. Lyons,
                                                                          Case No. 13-12110-sbj
                 Debtor.

-----------------------------------------------------------x

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO BANKRUPTCY RULES 2002(G) AND 9010

**NOTICE IS HEREBY GIVEN**, pursuant to Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that Jaffe Ross & Light LLP hereby appears for and on behalf of Robert B. Samuels, Inc. ("Samuels"), a creditor in the above-captioned case.

**NOTICE IS FURTHER GIVEN** that Samuels requests that all notices given or required to be given in the above-captioned bankruptcy case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the court and request that all notices be mailed to them), be given to and served upon the following:

> Jaffe, Ross & Light LLP
> 880 Third Avenue
> New York, NY 10022
> Attn: Burton R. Ross, Esq.
> Telephone No. (212) 751-1700
> Facsimile No. (212) 751-2235
> E-mail: bross@jrllaw.com

161683-1

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the above-captioned Debtor or the property of such Debtor or Debtor's estate..

Dated: New York, New York
July 23, 2013

        JAFFE, ROSS & LIGHT LLP


        By: s/ Burton R. Ross
           Burton Ross (brr-0588)
           A Member of the Firm
        880 Third Avenue
        New York, NY  10022
        (212) 751-1700

        *Counsel for Creditor Samson Mini-Storage LLC*

161683-1